IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSEPH ANTHONY CASTELLANO,<br>Plaintiff,<br>v.<br>QUINN JAY ADAMSON,<br>Defendant. | ORDER STRIKING NOTICE TO APPOINT OR APPEAR<br><br>Case No. 2:14-cv-615-DB-BCW<br><br>District Judge Dee Benson<br><br>Magistrate Judge Brooke Wells |

On June 17 and 23, 2015, counsel for Plaintiff Tyler Ayres and Stephen Tryon moved to withdraw their representation in this matter.[1] On June 22, 2015, Defendant citing "Rule 74(c), Utah Rules of Civil Procedure" filed a "Notice to Appoint or Appear" which directed Plaintiff, now unrepresented, to appoint counsel within 21 days after the filing of this notice.[2]

The Court having reviewed the "Notice to Appoint or Appear" finds that this document (docket no. 18) should be stricken from the Court's docket. Defendant cites a Utah state rule of civil procedure rather than a federal rule of civil procedure as required in this court. Further, in order to avoid any confusion, Plaintiff is directed to calculate the time he has to secure new counsel from the date of the issuance of the Court's Orders granting withdrawal of his counsel.

**IT IS SO ORDERED.**

DATED this 25 June 2015.

Brooke C. Wells
United States Magistrate Judge

[1] On June 25, 2015, the Court granted the motions to withdraw. *See* docket nos. 20 and 21.
[2] Docket no. 18.