FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

AUG 31 2015

BY D. MARK JONES, CLERK

DEPUTY CLERK

Kasey L. Wright, Bar No. 9169
M. Reed Adams, Bar No. 4783
**HANSEN WRIGHT EDDY & HAWS, P.C.**
233 South Pleasant Grove Blvd., Suite 202
Pleasant Grove, Utah 84062
Telephone: (801) 443-2380
Facsimile: (801) 796-0984
Email: kwright@centralutahlaw.com
Email: radams@centralutahlaw.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| **JOSEPH ANTHONY CASTELLANO,**<br><br>Plaintiff,<br><br>v.<br><br>**QUINN JAY ADAMSON, AMERICAN FORK PD, John Does 1-8,**<br><br>Defendants. | **ORDER OF DISMISSAL**<br><br>Case No. 2:14-cv-00615-DB-BCW<br><br>District Judge Dee Benson<br>Magistrate Judge Brooke Wells |

Based upon the Defendant's Motion to Dismiss Pursuant to rule 16(F) for Failure to Comply with Court Order Dated 25 June 2015, and good cause appearing therefor, it is hereby

**ORDERED** that the Plaintiff's Complaint be dismissed, with prejudice. Plaintiff and Defendants shall each bear their own costs and attorney fees.

**This Order of Dismissal With Prejudice is effective when digitally signed and dated by the Court on the top of the first page.**

**CERTIFICATE OF MAILING**

I hereby certify that the foregoing **ORDER OF DISMISSAL WITH PREJUDICE** was served, by first class mail, postage prepaid, and by email on the 28th day of August, 2015, to the following:

Joseph Anthony Castellano
P.O. Box 1142
American Fork, Utah 84003

/s/ Dorothy Woodcox

Legal Assistant

SO ORDERED

Dee Benson

DEE BENSON
United States District Judge

Date 8/31/2015